

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 2-09-144-CV

IN RE NORMAN DOYLE HANLEY                                    RELATOR

----------

## ORIGINAL PROCEEDING

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Joint Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: CAYCE, C.J.; DAUPHINOT and MEIER, JJ.

DELIVERED: July 2, 2009

---

[1] *See* Tex. R. App. P. 47.4.